## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

NEW ULM ENTERPRISES, INC., a
Minnesota corporation, and GERALD
DANNHEIM, an individual,

                       Plaintiffs,

vs.

EMMETT B. ERPELDING, an individual,
KEE MANAGEMENT OF SOUTHWEST
FLORIDA, INC., a Florida corporation, d/b/a
KEE MGMT OF SW FL, TRUST
MORTGAGE OF BONITA SPRINGS, and
KEE MANAGEMENT INC., and KEE MTG,
INC., a Florida corporation,

                       Defendants.

Court File No:  04-3819 JMR/FLN

## <u>CONSENT ORDER</u>

Plaintiffs New Ulm Enterprises, Inc. and Gerald Dannheim having filed their Complaint herein on August 17, 2004, and defendants Emmett B. Erpelding, Kee Management of Southwest Florida, Inc., Kee Mtg, Inc. having consented to the Court's jurisdiction over the parties and this action, and the entry of this Consent Order, agree that it is binding on the parties to this Consent Order, the parties' officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive notice thereof:

**NOW, THEREFORE, UPON CONSENT OF THE PARTIES HERETO, IT IS FOUND, ORDERED, ADJUDGED AND DECREED** that final judgment be entered as follows:

2733944.3

1

1.      This Consent Order is a final adjudication on the merits.  In the event of future disputes between the parties, this Consent Order shall be *res judicata* and shall have collateral estoppel effect.

2.      The Court shall retain jurisdiction to construe, inform, implement and enforce this Consent Order upon the application of any party for a period of 45 days.

3.      Defendants shall remit to Plaintiffs' counsel $50,000 on or before April 15, 2006.

4.      Judgment shall be entered against each defendant forthwith in the following amounts:

        a.      Emmett Erpelding - $150,000;

        b.      Kee Mtg, Inc. - $150,000; and

        c.      Kee Management of Southwest Florida, Inc. - $341,000.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                    BY THE COURT:


Dated:  March 21, 2006              _s/ JAMES M. ROSENBAUM_____
                                    James M. Rosenbaum, Chief Judge
                                    United States District Court
                                    District of Minnesota



        Plaintiffs New Ulm Enterprises, Inc. and Gerald Dannheim and defendants Emmett

Erpelding, Kee Management of Southwest Florida, Inc., and Kee Mtg, Inc. hereby consent to the

entry of the foregoing Consent Order, and waive any right to appeal:

**Plaintiff New Ulm Enterprises, Inc.**

By:  <u>s/ Gerald Dannheim</u>
        Gerald Dannheim, President


STATE OF MINNESOTA          )
                                                 ) ss.:
COUNTY OF BLUE EARTH     )


SWORN TO BEFORE ME this
20th day of March, 2006.


<u>s/ Lisa Kletschka</u>
NOTARY PUBLIC
My Commission Expires: 1/31/2010

**Plaintiff Gerald Dannheim**

By: <u>s/ Gerald Dannheim</u>
       Gerald Dannheim, President


STATE OF MINNESOTA           )
                             ) ss.:
COUNTY OF BLUE EARTH         )


SWORN TO BEFORE ME this
20th day of March, 2006.


<u>s/ Lisa Kletschka</u>
NOTARY PUBLIC
My Commission Expires: 1/31/2010

**Defendant Emmett Erpelding**

s/ Emmett Erpelding
Emmett Erpelding

STATE OF FLORIDA             )
                             ) ss.:
COUNTY OF LEE                )


SWORN TO BEFORE ME this
20th day of March, 2006.


s/ John R. Spring
NOTARY PUBLIC
My Commission Expires 9/30/2008

**Kee Management of Southwest Florida, Inc.**


s/ Emmett Erpelding_____
Emmett Erpelding


STATE OF FLORIDA  )
         ) ss.:
COUNTY OF LEE   )


SWORN TO BEFORE ME this
20th day of March, 2006.


s/ John R. Spring _____
NOTARY PUBLIC
My Commission Expires 9/30/2008

**Kee Mtg, Inc.**


s/ Emmett Erpelding
Emmett Erpelding


STATE OF FLORIDA          )
                          ) ss.:
COUNTY OF LEE             )


SWORN TO BEFORE ME this
20th day of March, 2006.


s/ John R. Spring
NOTARY PUBLIC
My Commission Expires 9/30/2008

Approved as to form:

s/ Douglas R. Peterson, Esq.
Douglas R. Peterson, Esq.
Timothy P. Griffin, Esq.
**LEONARD, STREET AND DEINARD**
*Professional Association*

121 East Walnut Street
P.O. Box 967
Mankato, MN  56002
Telephone:  (507) 345-1179

and

150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone:  (612) 335-1500
Facsimile:  (612-335-1657

**ATTORNEYS FOR PLAINTIFFS NEW
ULM ENTERPRISES, INC. AND
GERALD DANNHEIM**

s/ William S. Partridge, Esq.
William S. Partridge, Esq.
**FARRISH JOHNSON LAW OFFICE**
*Chartered*
201 North Broad Street, Suite 107
Mankato, Minnesota 56002
Telephone:  507-387-3002
Facsimile:  507-625-4394

**ATTORNEYS FOR DEFENDANTS
EMMETT B. ERPELDING, KEE
MANAGEMENT OF SOUTHWEST
FLORIDA, INC., D/B/A TRUST
MORTGAGE OF BONITA SPRINGS,
AND KEE MGT, INC.**